**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7747**

———————

MALCOLM EUGENE ENCARNACION,

                                        Petitioner - Appellant,

        versus

JOHN NASH, Warden, FCI Ray Brook,

                                        Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief District Judge.  (CA-00-354-BO)

———————

Submitted:  February 14, 2002      Decided:  February 26, 2002

———————

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Malcolm Eugene Encarnacion, Appellant Pro Se.  Robert Edward Skiver, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Malcolm Eugene Encarnacion appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error.[*] Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. See Encarnacion v. Nash, No. CA-00-354-BO (E.D.N.C. Sept. 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] The claims Appellant seeks to raise for the first time in response to the Respondent's opposition to the § 2241 petition are attempts to raise uncertified claims pursuant to 28 U.S.C.A. § 2255 (West Supp. 2001), and as such, are not properly before this court.

2